# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 20, 2012

Lyle W. Cayce
Clerk

No. 12-40476
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PRISCILLA RABY LOERWALD,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CR-1213-1

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Priscilla Raby Loerwald appeals the 21-month sentence she received following her guilty-plea conviction for transporting illegal aliens, in violation of 8 U.S.C. § 1324. She argues that the district court erred by enhancing her sentence pursuant to U.S.S.G. § 2L1.1(b)(6) based on a finding that she intentionally or recklessly created a substantial risk of death or serious bodily injury to the aliens by transporting them in the trunk of her vehicle.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This court reviews a district court's interpretation of the Guidelines de novo and reviews the district court's fact findings relative to the § 2L1.1(b)(6) enhancement for clear error. *United States v. Rodriguez*, 630 F.3d 377, 380 (5th Cir. 2011). The transportation of aliens in the trunk of a vehicle is specifically listed in the comments to U.S.S.G. § 2L1.1(b)(6) as the type of conduct contemplated by the Sentencing Commission in drafting the guideline provision. § 2L1.1, comment. (n.5). The district court thus did not err by enhancing Loerwald's sentence.

AFFIRMED.